# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VASQUEZ, YOLANDA | § | Case No. 08-32423 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/30/2010 in Courtroom 744,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner _____
                                         Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| VASQUEZ, YOLANDA | §     Case No. 08-32423 |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 21,004.03 |
| *and approved disbursements of* | $ | 909.50 |
| *leaving a balance on hand of*[1] | $ | 20,094.53 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: Phillip D. Levey* | $ | 2,850.40 | $ | 30.49 |
| *Attorney for trustee: Phillip D. Levey* | $ | 6,847.50 | $ | 0.00 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant: Lois West & Popowcer, Ltd.* | $ | 500.00 | $ | 0.00 |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,787.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *Capital Recovery II LLC* | | |
| | *Recovery Management* | | |
| | *Systems Corporation* | | |
| | *For Capital Recovery II LLC* | | |
| | *25 SE 2nd Avenue Suite 1120* | | |
| *000001* | *Miami, FL 33131* | *$        14,420.68* | *$        6,530.27* |
| | *Capital Recovery II LLC* | | |
| | *Recovery Management* | | |
| | *Systems Corporation* | | |
| | *For Capital Recovery II LLC* | | |
| | *25 SE 2nd Avenue Suite 1120* | | |
| *000002* | *Miami, FL 33131* | *$        1,160.85* | *$        525.68* |
| | *Capital Recovery II LLC* | | |
| | *Recovery Management* | | |
| | *Systems Corporation* | | |
| | *For Capital Recovery II LLC* | | |
| | *25 SE 2nd Avenue Suite 1120* | | |
| *000003* | *Miami, FL 33131* | *$        817.63* | *$        370.26* |
| | *Capital Recovery II LLC* | | |
| | *Recovery Management* | | |
| | *Systems Corporation* | | |
| | *For Capital Recovery II LLC* | | |
| | *25 SE 2nd Avenue Suite 1120* | | |
| *000004* | *Miami, FL 33131* | *$        373.95* | *$        169.34* |
| | *PYOD LLC its successors and* | | |
| | *assigns as assignee of* | | |
| | *Citibank* | | |
| | *c/o Resurgent Capital Services* | | |
| | *PO Box 19008* | | |
| *000005* | *Greenville, SC 29602-* | *$        2,329.77* | *$        1,055.01* |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 | | |
| 000006 | Greenville, SC 29602- | $ 452.48 | $ 204.90 |
| | Roundup Funding, LLC MS 550 PO Box 91121 | | |
| 000007 | Seattle, WA 98111-9221 | $ 177.16 | $ 80.23 |
| | Chase Bank USA, N.A. PO Box 15145 | | |
| 000008 | Wilmington, DE 19850-5145 | $ 1,615.51 | $ 731.57 |
| | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 | | |
| 000009 | Malvern PA 19355-0701 | $ 439.20 | $ 198.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey_____

Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Nov 03, 2010
Case: 08-32423               Form ID: pdf006           Total Noticed: 29

The following entities were noticed by first class mail on Nov 05, 2010.
```
db          +Yolanda Vasquez,   3222 W Crystal St,   Chicago, IL 60651-2401
aty         +Michael Bane,   Law Offices of Ernesto D. Borges,   105 W. Madison Ave.,   Suite 2300,
             Chicago, IL 60602-4647
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12906185    +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14399474     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12906186    +Bureau of Collection Recovery, Inc.,   7575 Corporate Way,   Eden Prairie, MN 55344-2000
12906187    +Chase - Cc,   Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
14322153     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
12906188    +Cit Fin Serv,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12906189    +Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
12906190    +Citizens Bank,   480 Jefferson Blvd,   Rje 135,   Warwick, RI 02886-1359
12906191     GE Money Bank/Care Credit,   c/o Arrow Financial Services,   21031 Network Place,
             Chicago, IL 60678-1031
12906194     HSBC Retail Carsons,   c/o Alantic Credit & Finance Inc.,   PO Box 12966,
             Roanoke, VA 24030-2966
12906195    +Nbgl-carsons,   Po Box 15521,   Wilmington, DE 19850-5521
14311799    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
12906196    +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
12906197    +Sears/cbsd,   Po Box 20363,   Kansas City, MO 64195-0363
12906198    +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
12906199    +Sterling & King Inc,   500 Sr 436 Ste 2074269,   Casselberry, FL 32707-5387
12906200    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
12906202    +Washington Mutual Mortgage,   Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
12906203    +Weltman, Weinberg & Reis Co,   10 S LaSalle St, Suite 900,   Chicago, IL 60603-1016
12906204    +Wfnnb/charming Shoppes,   4590 E Broad St,   Columbus, OH 43213-1301
12906205    +Wfnnb/domestications,   Po Box 2974,   Shawnee Mission, KS 66201-1374
12906206    +Wfnnb/valucityroomstod,   Po Box 182303,   Columbus, OH 43218-2303
```

The following entities were noticed by electronic transmission on Nov 04, 2010.
```
14244787    +E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2010 12:18:21      Capital Recovery II LLC,
             Recovery Management Systems Corporation,   For Capital Recovery II LLC,
             25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
12906192    +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2010 12:18:20      GEMB / Old Navy,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
12906193    +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2010 12:18:20      GEMB / Walmart,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14319466     E-mail/PDF: BNCEmails@blinellc.com Nov 04 2010 03:01:52      Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                        TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
14244919*   +Capital Recovery II LLC,   Recovery Management Systems Corporation,   For Capital Recovery II LLC,
             25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
14244789*   +Capital Recovery II LLC,   Recovery Management Systems Corporation,   For Capital Recovery II LLC,
             25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
12906201    ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
             Greenville, SC 29603-0467
                                                                          TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: gbeemster          Page 2 of 2              Date Rcvd: Nov 03, 2010
Case: 08-32423               Form ID: pdf006           Total Noticed: 29

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2010**                    **Signature:**