UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| VASQUEZ, YOLANDA | § | Case No. 08-32423 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter   on            . The case was pending for    months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____     By:/s/Phillip D. Levey_____
                                                   Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens Bank 480 Jefferson Blvd Rje 135 Warwick, RI 02886 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual Mortgage Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| POSTMASTER | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LOIS WEST & POPOWCER, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Chase - Cc Attention: Bankruptcy Department Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cit Fin Serv Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | GE Money Bank/Care Credit c/o Arrow Financial Services 21031 Network Place Chicago, IL 60678-1031 | | | | | |
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | GEMB / Walmart Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | HSBC Retail Carsons c/o Alantic Credit & Finance Inc. PO Box 12966 Roanoke, VA 24030-2966 | | | | | |
| | Nbgl-carsons Po Box 15521 Wilmington, DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Sears/cbsd Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Sears/cbsd Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Sterling & King Inc 500 Sr 436 Ste 2074269 Casselberry, FL 32707 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/charming Shoppes 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/domestications Po Box 2974 Shawnee Mission, KS 66201 | | | | | |
| | Wfnnb/valucityroomstod Po Box 182303 Columbus, OH 43218 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL RECOVERY II LLC | | | | | |
| 000002 | CAPITAL RECOVERY II LLC | | | | | |
| 000003 | CAPITAL RECOVERY II LLC | | | | | |
| 000004 | CAPITAL RECOVERY II LLC | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-32423 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | VASQUEZ, YOLANDA | Date Filed (f) or Converted (c): | 11/26/08 (f) |
| | | 341(a) Meeting Date: | 01/12/09 |
| For Period Ending: | 10/09/10 | Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at Location: 3222 W Crystal St | 200,000.00 | 35,204.00 | | 21,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Checking account with Chase | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with Credit Union 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous used household goods | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Personal used clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Tax Refund | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 05 Jeep Wrangler, 20,000 miles | 9,755.00 | 9,755.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.03 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $211,055.00 | $46,259.00 | | $21,004.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/10    Current Projected Date of Final Report (TFR): 06/30/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 15.20

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32423 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | VASQUEZ, YOLANDA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3548  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0172 | | | |
| For Period Ending: | 01/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/10 | 1 | YOLANDA VASQUEZ | Partial Payment-2 Flat | 1110-000 | 1,000.00 | | 1,000.00 |
| 02/04/10 | 1 | YOLANDA VASQUEZ | Partial Payment-2 Flat | 1110-000 | 1,000.00 | | 2,000.00 |
| 02/04/10 | 1 | YOLANDA VASQUEZ | Partial Payment - 2 Flat | 1110-000 | 19,000.00 | | 21,000.00 |
| 02/26/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.36 | | 21,000.36 |
| 03/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,000.90 |
| 04/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.52 | | 21,001.42 |
| 05/28/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,001.95 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.52 | | 21,002.47 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,003.00 |
| 08/16/10 | 000101 | Illinois Department of Revenue | 2010 Income Taxes | 2820-000 | | 886.00 | 20,117.00 |
| | | P>O. Box 19009 | | | | | |
| | | Springfield, IL  62794-9009 | | | | | |
| 08/16/10 | 000102 | POSTMASTER | POSTAGE - TAX RETURNS | 2200-000 | | 23.50 | 20,093.50 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.53 | | 20,094.03 |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,094.53 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,095.04 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,095.54 |
| 12/03/10 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 20,095.57 |
| 12/03/10 | | Transfer to Acct #*******5724 | Final Posting Transfer | 9999-000 | | 20,095.57 | 0.00 |

Page Subtotals     21,005.07     21,005.07

Ver: 16.01c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32423 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | VASQUEZ, YOLANDA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3548 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0172 | | |
| For Period Ending: | 01/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 21,005.07 | 21,005.07 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,095.57 | |
| | | | Subtotal | | 21,005.07 | 909.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,005.07 | 909.50 | |

Page Subtotals     0.00     0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | |
|---|---|---|---|---|
| Case No: | 08-32423 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | VASQUEZ, YOLANDA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5724 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0172 | | | |
| For Period Ending: | 01/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/03/10 | | Transfer from Acct #*******3548 | Transfer In From MMA Account | 9999-000 | 20,095.57 | | 20,095.57 |
| 12/03/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,850.51 | 17,245.06 |
| 12/03/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 30.49 | 17,214.57 |
| 12/03/10 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,847.50 | 10,367.07 |
| 12/03/10 | 000104 | Lois West & Popowcer, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 500.00 | 9,867.07 |
| 12/03/10 | 000105 | Capital Recovery II LLC<br>Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Claim 000001, Payment 45.28829% | 7100-000 | | 6,530.88 | 3,336.19 |
| 12/03/10 | 000106 | Capital Recovery II LLC<br>Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Claim 000002, Payment 45.28837% | 7100-000 | | 525.73 | 2,810.46 |
| 12/03/10 | 000107 | Capital Recovery II LLC<br>Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Claim 000003, Payment 45.28821% | 7100-000 | | 370.29 | 2,440.17 |
| 12/03/10 | 000108 | Capital Recovery II LLC<br>Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Claim 000004, Payment 45.28948% | 7100-000 | | 169.36 | 2,270.81 |
| | | | Page Subtotals | | 20,095.57 | 17,824.76 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-32423 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | VASQUEZ, YOLANDA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5724 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0172 | | | |
| For Period Ending: | 01/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/10 | 000109 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 45.28816% | 7100-000 | | 1,055.11 | 1,215.70 |
| 12/03/10 | 000110 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000006, Payment 45.28819% | 7100-000 | | 204.92 | 1,010.78 |
| 12/03/10 | 000111 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000007, Payment 45.28675% | 7100-000 | | 80.23 | 930.55 |
| 12/03/10 | 000112 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 45.28848% | 7100-000 | | 731.64 | 198.91 |
| 12/03/10 | 000113 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 45.28916% | 7100-000 | | 198.91 | 0.00 |

Page Subtotals: 0.00  2,270.81

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-32423 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | VASQUEZ, YOLANDA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5724 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0172 | | |
| For Period Ending: | 01/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 20,095.57 | 20,095.57 | 0.00 |
| Less: Bank Transfers/CD's | 20,095.57 | 0.00 | |
| Subtotal | 0.00 | 20,095.57 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 20,095.57 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3548 | 21,005.07 | 909.50 | 0.00 |
| Checking Account (Non-Interest Earn - ********5724 | 0.00 | 20,095.57 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 21,005.07 | 21,005.07 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.01c

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 15)